UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LSH CO and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for LSH CO,<br><br>Plaintiffs,<br><br>-vs.-<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:18-cv-2111 (JMF) |

**STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the voluntary dismissal with prejudice of the above-captioned action and all claims and defenses asserted therein, without costs as to any Party.

Dated:   October 11, 2023
         New York, New York

| HOLWELL SHUSTER & GOLBERG LLP | MILBANK LLP |
|---|---|
| By:  /s/ Daniel P. Goldberg<br>    Daniel P. Goldberg<br>    Dorit Ungar Black<br><br>    dgoldberg@hsgllp.com<br>    dblack@hsgllp.com<br><br>    425 Lexington Avenue<br>    New York, NY 10017<br>    (646) 837-5151 | By:  /s/ Scott A. Edelman<br>    Scott A. Edelman<br>    David R. Gelfand<br><br>    sedelman@milbank.com<br>    dgelfand@milbank.com<br><br>    55 Hudson Yards<br>    New York, NY 10001<br>    212-530-5000 |
| *Attorneys for Plaintiffs LSH CO and Wells Fargo Bank, National Association, as securities intermediary for LSH CO* | *Attorneys for Defendant AXA Equitable Life Insurance Company* |

Any pending motions are moot, except insofar as they relate to 17-CV-4767 and 17-CV-4803. All conferences are canceled.  The Clerk of Court is directed to close the case.  As the Court indicated in yesterday's Order, ECF No. 343, the termination of this case (18-CV-2111) does not preclude further filings on this docket related to motions *in limine* pending in 17-CV-4767 and 17-CV-4803.  SO ORDERED.

October 12, 2023